E-FILED on    11/23/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SNR, INC., a Colorado corporation, dba SOFTWARE WHOLESALE INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY ONE ONLINE, a California corporation, dba TECHNOLOGY ONE, dba TECHNOLOGY 1, ISAAC COHEN, and DOES 1-50, inclusive,<br><br>Defendants. | No. C-09-02840 RMW<br><br>ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY TO EFFECTUATE SERVICE, FOR LEAVE TO SERVE CORPORATE DEFENDANT VIA SECRETARY OF STATE, AND TO EXTEND DEADLINE FOR SERVICE OF SUMMONS AND COMPLAINT<br><br>**[Re Docket No. 5]** |

Plaintiff SNR, Inc. filed an ex parte motion seeking leave to conduct limited third party discovery to effectuate service on defendants, leave to serve corporate defendant Technology One Online via the Secretary of State, and an extension of time to serve the summons and complaint under Fed. R. Civ. P. 4(m). Plaintiff has since filed certificates of service for defendants Technology One Online and Isaac Cohen (Docket Nos. 12, 13) and counsel for defendants has

appeared in the case. It therefore appears that plaintiff's motion is moot, and accordingly plaintiff's motion is denied.

DATED: 11/23/09

Ronald M. Whyte

RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Allonn Emanuel Levy | alevy@hopkinscarley.com |
| Jennifer Eileen Pawlowski | jpawlowski@hopkinscarley.com |
| John V. Picone , III | jpicone@hopkinscarley.com |

**Counsel for Defendants:**

Lawrence Eric Heller        lheller@hellerandedwards.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/23/09                                                                           LJP
                                                                                  **Chambers of Judge Whyte**

ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY TO EFFECTUATE SERVICE, FOR LEAVE TO SERVE CORPORATE DEFENDANT VIA SECRETARY OF STATE, AND TO EXTEND DEADLINE FOR SERVICE OF SUMMONS AND COMPLAINT—No. C-09-02840 RMW
LJP                                                                              3