| | |
|---|---|
| 1 | John V. Picone III, Bar No. 187226 |
|   | jpicone@hopkinscarley.com |
| 2 | Allonn E. Levy, Bar No. 187251 |
|   | alevy@hopkinscarley.com |
| 3 | Jennifer E. Pawlowski, Bar No. 250606 |
|   | jpawlowski@hopkinscarley.com |
| 4 | HOPKINS & CARLEY |
|   | A Law Corporation |
| 5 | The Letitia Building |
|   | 70 S First Street |
| 6 | San Jose, CA 95113-2406 |
| 7 | *mailing address:* |
|   | P.O. Box 1469 |
| 8 | San Jose, CA 95109-1469 |
|   | Telephone:   (408) 286-9800 |
| 9 | Facsimile:    (408) 998-4790 |
| 10 | Attorneys for Plaintiff |
|    | SNR, INC. |

*E-FILED - 12/23/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SNR, INC., a Colorado corporation, dba SOFTWARE WHOLESALE INTERNATIONAL, | CASE NO. C09 02840 RMW RS |
| Plaintiff, | **JOINT STIPULATION TO TRANSFER CASE TO THE CENTRAL DISTRICT OF CALIFORNIA** AND ORDER |
| v. | |
| TECHNOLOGY ONE ONLINE, a California corporation, dba TECHNOLOGY ONE, dba TECHNOLOGY 1, ISAAC COHEN, and DOES 1-50, inclusive, | Judge:    Hon. Ronald M. Whyte |
| Defendants. | |

This stipulation is entered into between Plaintiff SNR, Inc. and Defendants Technology One Online, a California corporation, and Isaac Cohen, an individual, by and through their respective counsel of record, as follows:

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

708\670299.5

JOINT STIPULATION TO TRANFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA
C09 02840 RMW RS

**IT IS HEREBY STIPULATED:**

1. That the above captioned matter, Case No. C09.02840 RMW-RS, be transferred from the United States District Court, Northern District of California, to the United States District Court, Central District of California.

2. Each party may commence discovery effective immediately using the above-captioned number, Case No. C09-02840 RMW-RS. The parties agree that each party will continue with the timeline and adhere to the discovery deadlines as outlined in the parties' Joint 26(f) Report and Case Management Statement.

3. Once the transfer to the Central District of California is complete and a new Central District Case number designated, any discovery initiated under the Northern District case caption will be deemed to have been properly initiated and served as of the date of service as though it had been initiated in using the Central District case caption. Specifically, the parties agree that discovery processes properly initiated utilizing the Northern District case caption will be effective and may be enforced in the Central District Case. The parties further agree that the continuing obligation to supplement discovery, including discovery initiated utilizing the Northern District Case caption, shall apply after the matter is transferred to the Central District.

4. At Plaintiff's option, any depositions of Plaintiff shall take place either in San Jose California or at Plaintiff's residence in Colorado. Depositions of the Defendants and of any third-party witnesses shall take place according to the Federal Rules.

5. Either party may participate in any conferences, depositions or hearings by telephone, unless the practice is prohibited by the Federal Rules of Civil Procedure, the Local Rules, or by Court order.

///
///
///
///
///
///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

708\670299.5 - 2 -
JOINT STIPULATION TO TRANFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA
C09 02840 RMW RS

6. Defendants' motion to dismiss or transfer case [Docket No. 18] shall be withdrawn as moot once the Court has signed an order transferring this case to the United States District Court, Central District of California.

**IT IS SO STIPULATED.**

Dated: December 10, 2009

HOPKINS & CARLEY
A Law Corporation

By: _____
Allonn Levy
Attorneys for Plaintiff
SNR, INC.

Dated: December 10, 2009

HELLER & EDWARDS
A Law Corporation

By: _____
Lawrence Heller
Attorneys for Defendants
TECHNOLOGYONE ONLINE, and
ISAAC COHEN

ORDER

The Joint Stipulation is hereby adopted by the Court as its order.

**IT IS SO ORDERED.**

DATED: 12/23, 2009

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT
JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

708\670299.5
- 3 -
JOINT STIPULATION TO TRANFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA
C09 02840 RMW RS